**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRESTLE 450WBWAY, LLC,

                Plaintiff,                    **ORDER**

      -against-                    **25-CV-1514 (DEH) (JW)**

BULLDOG REAL ESTATE, LLC,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    A Settlement Conference is scheduled for October 7, 2025 at 10:30AM in courtroom 228 before the Honorable Jennifer E. Willis. The time of the Settlement Conference will now be **9:30 AM.** The conference will take place at the Thurgood Marshall US Courthouse located at 40 Foley Square New York, NY 10007.

    SO ORDERED.

DATED:    New York, New York
                October 1, 2025

                                                *Jennifer E. Willis*
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge