UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRESTLE 450WBWAY, LLC,

                   Plaintiff,                    **ORDER**

                                              **25-CV-1514 (DEH) (JW)**
            -against-

BULLDOG REAL ESTATE, LLC,

                   Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The settlement conference scheduled for October 7th is adjourned *sin die* per joint request of the Parties. Should the Parties wish to reschedule the settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email **by October 20, 2025** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in **November.** Any conference will be held in person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to reschedule a settlement conference at this time, they should inform the Court via email by the same deadline.

      SO ORDERED.

DATED:    New York, New York
                October 6, 2025

                                                          *Jennifer E. Willis*
                                               JENNIFER E. WILLIS
                                               United States Magistrate Judge